**ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP**

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

Tel: (212) 571-5500
Fax: (212) 571-5507

November 29, 2011

**BY ECF**

Hon. Sterling Johnson
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

       Re: United States v. Troy Bowen
           11 Cr. 535 (SJ)

Dear Judge Johnson:

    I am CJA counsel for Troy Bowen in the above-referenced matter. Without objection from the government, I write to request that the appearance of my client be excused on the grounds of financial hardship from the next status conference, scheduled for December 9, 2011. My client resides in California with his wife and children and has made two trips for court appearances in connection with this matter. He is employed at a grocery store in his neighborhood. The government has made discovery in this matter of voluminous materials, including Title III recordings, and my client and I are in the process of reviewing them. He is in compliance with the terms of his release, and has no objection to the exclusion of time from speedy trial computation at the next conference. He requests that I appear without him to avoid the necessity of taking time off from his job and purchasing costly airline tickets, both of which pose a substantial financial hardship for him.

    If there is further information your Honor requires, please contact me. Thank you very much for your consideration.

                                             Sincerely,

                                             Robert A. Soloway

cc: AUSA Celia Cohen